# Exhibit C

# REGISTER OF ACTIONS

## CASE NO. C-1996-22-B

| Carlos Martinez VS. Space Exploration Technologies Corp | § § § § § | Case Type: | **All Other Civil Cases (OCA)** |
|---|---|---|---|
| | | Date Filed: | **05/31/2022** |
| | | Location: | **93rd District Court** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Space Exploration Technologies Corp** | **RAMON D. BISSMEYER** |
| | | *Retained* |
| | | 210-554-5500(W) |
| | | |
| | | Pro Se |
| | | |
| **Plaintiff** | **Martinez, Carlos** | **DANIEL E. VARGAS** |
| | | *Retained* |
| | | 956-287-3743(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 05/31/2022 | **Original Petition (OCA)** |
| 06/01/2022 | **Citation By Certified Mail** |
| | Space Exploration Technologies Corp                    Unserved |
| 06/01/2022 | **Citation Issued** |
| 06/21/2022 | **Defendant's Original Answer** |
| | *AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S ORIGINAL PETITION, SUBJECT TO MOTION TO COMPEL ARBITRATION* |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Plaintiff** Martinez, Carlos | | | |
| Total Financial Assessment | | | 450.00 |
| Total Payments and Credits | | | 450.00 |
| **Balance Due as of 06/24/2022** | | | **0.00** |
| | | | |
| 05/31/2022 | Transaction Assessment | | 450.00 |
| 05/31/2022 | EFile Payments from TexFile | Receipt # DC-2022-008761          Martinez, Carlos | (313.00) |
| 05/31/2022 | State Credit | | (137.00) |