# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **CARLOS MARTINEZ,** § <br> Plaintiff, § <br> § <br> **v.** § <br> § <br> **SPACE EXPLORATION** § <br> **TECHNOLOGIES CORP a/k/a SPACEX,** § <br> Defendant. § | Civil Action No.: __7:22-CV-208__ |

## LIST OF ALL COUNSEL OF RECORD

Pursuant to Local Rule 81, Defendant Space Exploration Technologies Corp., submits this List of All Counsel of Record with its Notice of Removal:

| **COUNSEL FOR PLAINTIFF** <br> **CARLOS MARTINEZ** | **COUNSEL FOR DEFENDANT** <br> **SPACE EXPLORATION** <br> **TECHNOLOGIES CORP. a/k/a** <br> **SPACEX** |
|---|---|
| Daniel E. Vargas <br> TX State Bar No. 24072403 <br> thevargaslawoffice@gmail.com <br> The Vargas Law Office <br> 324 W. University Drive <br> Edinburg, Texas 78539 <br> Tel. (956) 287-3743 <br> Fax. (956) 365-9771 | Ramon D. Bissmeyer <br> TX State Bar No. 00787088 <br> So. Dist. Bar No. 17446 <br> RBissmeyer@dykema.com <br> Kelly E. Preston <br> TX State Bar No. 24092912 <br> So. Dist. Bar. No. 3110232 <br> KPreston@dykema.com <br> Dykema Gossett PLLC <br> Weston Centre, 112 E. Pecan Street, Suite 1800 <br> San Antonio, Texas 78205 <br> Tel: (210) 554-5500 <br> Fax: (210) 226-8395 |