# Exhibit F

## CAUSE NO. C-1996-22-B

| | | |
|---|---|---|
| **CARLOS MARTINEZ,** § | | **IN THE DISTRICT COURT** |
| Plaintiff, § | | |
| § | | |
| **v.** § | | **93rd JUDICIAL DISTRICT** |
| § | | |
| **SPACE EXPLORATION** § | | |
| **TECHNOLOGIES CORP** § | | |
| **a/k/a SPACEX,** § | | |
| Defendant. § | | **HIDALGO COUNTY, TEXAS** |

### NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given that Space Exploration Technologies Corp. a/k/a SpaceX, Defendant in the above-styled and numbered cause, has on this date filed its Notice of Removal with the United States District Court for the Southern District of Texas, McAllen Division. A true and correct copy of the Notice of Removal (without attachments) is attached hereto as Exhibit "A". Pursuant to 28 U.S.C. § 1446(d), Defendant files this Notice of Filing Notice of Removal with this Court.

Respectfully submitted,

**DYKEMA GOSSETT, PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone:  (210) 554-5500
Facsimile:  (210) 226-8395

By:  */s/ Ramon D. Bissmeyer*
   **Ramon D. Bissmeyer**
   Texas State Bar No. 00787088
   Email:  RBissmeyer@dykema.com
   **Kelly E. Preston**
   Texas State Bar No. 24092912
   Email:  KPreston@dykema.com

**ATTORNEYS FOR DEFENDANT,**
**SPACE EXPLORATION TECHNOLOGIES CORP.**

4883-5148-8294.2

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, and served it on the following counsel of record via email as indicated below:

Mr. Daniel E. Vargas
**The Vargas Law Office**
324 W. University Drive
Edinburg, Texas 78539
Email:  thevargaslawoffice@gmail.com

                              */s/ Ramon D. Bissmeyer*
                              **Ramon D. Bissmeyer**

4883-5148-8294.2