UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS MARTINEZ,<br>　　　　Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION<br>TECHNOLOGIES CORP a/k/a SPACEX,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No.: 1:22-cv-85 |

## JOINT MOTION TO EXTEND DEADLINES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME Plaintiff Carlos Martinez and Defendant Space Exploration Technologies Corp. ("Defendant" or "SpaceX"), by and through their respective counsel of record, and file this Joint Motion to Extend Deadlines, respectfully showing the Court as follows:

As noted in Defendant's Original Answer (*see* Def.'s Orig. Ans. [Dkt. # 1-3] at 1 n.1) and Notice of Removal (*see* Notice of Removal [Dkt # 1] at 1 n.1), Plaintiff agreed to resolve all claims that he had against Defendant related to or arising out of his employment by way of final and binding arbitration. Defendant has conferred with Plaintiff's counsel regarding Defendant's proposed Motion to Compel Arbitration, and Plaintiff's counsel is not opposed to the filing of the Motion. Defendant anticipates that its Unopposed Motion to Compel Arbitration, along with a proposed Agreed Order, will be filed with the Court this week.

Pursuant to the Court's Order Setting Conference, the Parties are scheduled to appear for an initial pretrial conference on August 16, 2022. (Dkt. # 7, ¶1). Consequently, the Parties' deadline to file a joint case management plan is today, August 2, 2022. *Id*. at ¶4.

Because the Parties anticipate that Defendant's Unopposed Motion to Compel Arbitration will soon be granted by the Court, and that it will be unnecessary for further proceedings in this

4891-5920-5421.2

Court following entry of such Agreed Order, the Parties have conferred and request that the Court extend the deadlines for the initial pretrial conference and all corresponding deadlines identified in the Order Setting Conference by 30 days to allow Defendant to file its Unopposed Motion to Compel Arbitration and for the Court to consider and rule upon same. This request is not being made for purposes of delay, but in accordance with FED. R. CIV. P. 1, which advises that the Rules are to be administered in such a manner as "to secure the just, speedy, and inexpensive determination of every action and proceeding." FED. R. CIV. PRO. 1.

WHEREFORE, the parties respectfully request that the Court extend the deadlines as requested above.

DATED: August 2, 2022                               Respectfully submitted,

/s/  Daniel E. Vargas                               /s/       Ramon D. Bissmeyer
**Daniel E. Vargas, Attorney In Charge**            **Ramon D. Bissmeyer, Attorney In Charge**
TX State Bar No. 24072403                           TX State Bar No. 00787088
So. Dist. Bar No. 1286250                           So. Dist. Bar No. 17446
**The Vargas Law Office**                           **Kelly E. Preston**
324 W. University Drive                             TX State Bar No. 24092912
Edinburg, TX 78539                                  So. Dist. Bar. No. 3110232
Tel. (956)287-3743                                  **Dykema Gossett, PLLC**
Fax. (956)365-9771                                  112 E. Pecan Street, Suite 1800
thevargaslawoffice@gmail.com                        San Antonio, Texas 78205
                                                    Telephone: (210) 554-5500
**ATTORNEY FOR PLAINTIFF**                          Fax: (210) 226-8395
**CARLOS MARTINEZ**                                 RBissmeyer@dykema.com
                                                    KPreston@dykema.com

                                                    **ATTORNEYS FOR DEFENDANT**
                                                    **SPACE EXPLORATION TECHNOLOGIES**
                                                    **CORP.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, and served it on the following counsel of record via email as indicated below:

Mr. Daniel E. Vargas
**The Vargas Law Office**
324 W. University Drive
Edinburg, Texas 78539
Email:  thevargaslawoffice@gmail.com

                                          */s/ Ramon D. Bissmeyer*
                                          **Ramon D. Bissmeyer**

4891-5920-5421.2