UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS MARTINEZ,<br>    Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION<br>TECHNOLOGIES CORP a/k/a SPACEX,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No.: 1:22-cv-85 |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

Before the Court is the parties' Joint Motion to Extend Deadlines. Finding that there is good cause for the Motion, and that the relief requested is just and appropriate, the Court is of the opinion that the Motion should in all things be GRANTED.

IT IS THEREFORE ORDERED that the following deadlines entered by the Court are extended as follows:

| | |
|---|---|
| Initial Pretrial Conference | September 15, 2022 |
| Joint Case Management Plan Deadline | September 1, 2022 |
| Joint Proposed Scheduling Order Deadline | September 8, 2022 |

ENTERED this \_\_ day of _____, 2022.

_____
Ignacio Torteya, III
United States Magistrate Judge

123316.000001 4878-5602-2573.1