United States District Court
Southern District of Texas
**ENTERED**
August 03, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS MARTINEZ, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | Cause Number 1:22-cv-85 |
| | § | |
| SPACE EXPLORATION | § | |
| TECHNOLOGIES CORP., | § | |
| *Defendant.* | § | |

## ORDER

The Court is in receipt of the parties' "Joint Motion to Extend Deadlines" ("Motion"). Dkt. No. 8. Therein, the parties request a continuance of the initial pretrial conference, deadline to file a joint case management plan, and deadline to file a proposed scheduling order, based on their assertion that Defendant will shortly file an Unopposed Motion to Compel Arbitration. Dkt. No. 8 at 1-2. After considering the Motion and arguments of counsel, the Court is of the opinion that the Motion has merit. Therefore, the Motion is **GRANTED**. The Court will issue an order resetting the initial pretrial conference.

Defendant is **ORDERED** to file its Unopposed Motion to Compel Arbitration on or before **August 10, 2022**.

**SIGNED** on this **3rd** day of **August, 2022**, at Brownsville, Texas.

_____
**Ignacio Torteya, III
United States Magistrate Judge**