## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| **CARLOS MARTINEZ,** § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.: 1:22-CV-85 |
| § | |
| **SPACE EXPLORATION** § | |
| **TECHNOLOGIES CORP a/k/a SPACEX,** § | |
| Defendant. § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO COMPEL ARBITRATION AND DISMISS THE LITIGATION

ON THIS DAY came to be considered Defendant's Unopposed Motion to Compel Arbitration and Dismiss the Litigation (the "Motion"). The Court, having considered the Motion and supporting evidence, and recognizing that Plaintiff is unopposed thereto, is of the opinion that Defendant's Motion is well-taken and should be, in all things, GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Defendant's Motion to Compel Arbitration and Dismiss the Litigation is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff shall pursue his claims in this lawsuit through binding arbitration before the Judicial Arbitration and Mediation Services, as set forth in the Arbitration Agreement, and that all proceedings in this lawsuit are hereby DISMISSED.

SIGNED this _____ day of August, 2022.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**