United States District Court
Southern District of Texas
**ENTERED**
August 24, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS MARTINEZ, <br> Plaintiff <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br> Defendant | § § § § § § § § § | Civil Action No. 1:22-cv-85 |

## ORDER

On August 4, 2011, Defendant Space Exploration Technologies Corp. filed an "Unopposed Motion to Compel Arbitration and Dismiss the Litigation." Dkt. No. 11. Defendant represents that the Motion is unopposed by Plaintiff. However, the Motion and the attached proposed order do not contain the signatures of all parties. Dkt. Nos. 11, 11-2. In accordance with Judge Olvera's Local Rule 6(H), "[u]nopposed motions and any attached proposed orders **must contain the signatures of all parties**." *See* Judge Olvera's Local Rule 6(H). The Court hereby grants the Defendant until **August 31, 2022**, to amend its motion to comply with Local Rule 6(H). If the Defendant does not file an amended motion, the Court will consider its motion opposed by Plaintiff.

**IT IS SO ORDERED**

**SIGNED** on this **24** day of **August, 2022**, at Brownsville, Texas.

_____
**Ignacio Torteya, III
United States Magistrate Judge**