UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **CARLOS MARTINEZ,** § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No.: 1:22-CV-85 |
| **SPACE EXPLORATION** § | |
| **TECHNOLOGIES CORP a/k/a SPACEX,** § | |
| Defendant. § | |

## ORDER GRANTING DEFENDANT'S FIRST AMENDED UNOPPOSED MOTION TO COMPEL ARBITRATION AND DISMISS THE LITIGATION

ON THIS DAY came to be considered Defendant's First Amended Unopposed Motion to Compel Arbitration and Dismiss the Litigation (the "Motion"). The Court, having considered the Motion and supporting evidence, and recognizing that Plaintiff is unopposed thereto, is of the opinion that Defendant's Motion is well-taken and should be, in all things, GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Defendant's First Amended Unopposed Motion to Compel Arbitration and Dismiss the Litigation is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff shall pursue his claims in this lawsuit through binding arbitration before the Judicial Arbitration and Mediation Services, as set forth in the Arbitration Agreement, and that all proceedings in this lawsuit are hereby DISMISSED.

SIGNED this _____ day of August, 2022.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**

4875-0801-1311.1

**APPROVED AS TO FORM AND SUBSTANCE:**

**DYKEMA GOSSETT PLLC**

By: _/s/ Ramon D. Bissmeyer_
    **Ramon D. Bissmeyer, Attorney In Charge**
    TX State Bar No. 00787088
    So. Dist. Bar No. 17446
    **Kelly E. Preston**
    TX State Bar No. 24092912
    So. Dist. Bar. No. 3110232
    Weston Centre, 112 E. Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone:  (210) 554-5500
    Fax:  (210) 226-8395
    Email:  RBissmeyer@dykema.com
    Email:  KPreston@dykema.com

**ATTORNEYS FOR DEFENDANT**
**SPACE EXPLORATION**
**TECHNOLOGIES CORP.**

**THE VARGAS LAW OFFICE**

By: _/s/ Daniel E. Vargas_
    **Daniel E. Vargas**
    TX State Bar No. 24072403
    So. Dist. Bar No. 1286250
    324 W. University Drive
    Edinburg, Texas 78539
    Tel. (956)287-3743
    Fax. (956)365-9771
    thevargaslawoffice@gmail.com

**ATTORNEY FOR PLAINTIFF**
**CARLOS MARTINEZ**

4875-0801-1311.1