United States District Court
Southern District of Texas
**ENTERED**
August 29, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CARLOS MARTINEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No.: 1:22-CV-85** |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES CORP a/k/a SPACEX,** | § | |
| **Defendant.** | § | |

## ORDER GRANTING DEFENDANT'S FIRST AMENDED UNOPPOSED MOTION TO COMPEL ARBITRATION AND DISMISS THE LITIGATION

ON THIS DAY came to be considered Defendant's First Amended Unopposed Motion to Compel Arbitration and Dismiss the Litigation (the "Motion"). The Court, having considered the Motion and supporting evidence, and recognizing that Plaintiff is unopposed thereto, is of the opinion that Defendant's Motion is well-taken and should be, in all things, GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Defendant's First Amended Unopposed Motion to Compel Arbitration and Dismiss the Litigation is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff shall pursue his claims in this lawsuit through binding arbitration before the Judicial Arbitration and Mediation Services, as set forth in the Arbitration Agreement, and that all proceedings in this lawsuit are hereby DISMISSED.

SIGNED this ____ day of August, 2022.

Rolando Olvera
United States District Judge

4875-0801-1311.1

**APPROVED AS TO FORM AND SUBSTANCE:**

**DYKEMA GOSSETT PLLC**


By:  */s/ Ramon D. Bissmeyer*_____
     **Ramon D. Bissmeyer, Attorney In Charge**
     TX State Bar No. 00787088
     So. Dist. Bar No. 17446
     **Kelly E. Preston**
     TX State Bar No. 24092912
     So. Dist. Bar. No. 3110232
     Weston Centre, 112 E. Pecan Street, Suite 1800
     San Antonio, Texas 78205
     Telephone:  (210) 554-5500
     Fax:  (210) 226-8395
     Email:  RBissmeyer@dykema.com
     Email:  KPreston@dykema.com

**ATTORNEYS FOR DEFENDANT**
**SPACE EXPLORATION**
**TECHNOLOGIES CORP.**


**THE VARGAS LAW OFFICE**


By: */s/ Daniel E. Vargas*_____
     **Daniel E. Vargas**
     TX State Bar No. 24072403
     So. Dist. Bar No. 1286250
     324 W. University Drive
     Edinburg, Texas 78539
     Tel. (956)287-3743
     Fax. (956)365-9771
     thevargaslawoffice@gmail.com

**ATTORNEY FOR PLAINTIFF**
**CARLOS MARTINEZ**

4875-0801-1311.1