United States District Court
Southern District of Texas
**ENTERED**
September 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-00085 |
| | § | |
| SPACE EXPLORATION TECHNOLOGIES CORP., | § | |
| | § | |
| "Defendant." | § | |

## ORDER

The Court granted Defendant's "First Amended Unopposed Motion to Compel Arbitration and Dismiss the Litigation" (Dkt. No. 13). *See* Dkt. No. 14. Accordingly, this case is **DISMISSED**. The District Clerk's Office is **ORDERED** to close this case.

Signed on September 7, 2022.

_____
Rolando Olvera
United States District Judge